1  BRUCE NYE, SBN 77608
   ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP
2  222 Kearny Street, Seventh Floor
   San Francisco, California  94108-4521
3  Telephone: (415) 982-8955
   Facsimile:  (415) 982-2042
4
   Attorneys for Defendant
5  WHIRLPOOL CORPORATION

6

7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11  MARY FRYER,                              No. **C 06-02999 SC**

12                        Plaintiff,         **STIPULATION and ORDER FOR**
                                             **DISMISSAL**
13  vs.

14  WHIRLPOOL CORPORATION; SEARS             (San Francisco Superior Court
    ROEBUCK AND COMPANY;                     No. CGC-05-448362)
15  PROFESSIONAL CLAIMS
    INVESTIGATIONS, INC.; JERRY
16  REINSCH, and DOES 1 - 100, INCLUSIVE,

17                        Defendants.

18

19

20       This matter having been settled by the parties, IT IS HEREBY STIPULATED that the matter

21  may be dismissed with prejudice.

22
         *04. 2*
23  DATED: ~~August~~    2006        ADAMS | NYE | SINUNU | BRUNI | BECHT  LLP

24

25                                   By:_____

26                                        BRUCE NYE
                                          Attorneys for Defendant
27                                        WHIRLPOOL CORPORATION

28
                                          1.
    _____
                     STIPULATION and ORDER FOR DISMISSAL
    USDCN C 06-02999 SC
    Fryer v. Whirlpool Corporation, et al.

*Sept. 11, 2006*

1  DATED: ~~August~~ ~~, 2006~~        MEIS & ALEXANDER

2

3                                     By _____
                                           FRED G. MEIS
4                                        Attorneys for Plaintiff
                                         MARY FRYER
5

6  DATED: August ____, 2006           VAN DE POEL & LEVY, LLP

7

8                                     By:_____
                                           JEFFREY W. ALLEN
9                                        Attorneys for Defendant
                                         SEARS ROEBUCK AND COMPANY
10

11 DATED: August ____, 2006           LOW, BALL & LYNCH, APC

12

13                                    By:_____
                                           STEVEN D. WERTH
14                                       Attorneys for Defendant
                                         PROFESSIONAL CLAIMS INVESTIGATIONS, INC.
15

16                                    **ORDER**

17        The parties having stipulated thereto, and good cause appearing, IT IS SO ORDERED.

18

19 DATED:  _____        _____
                                                   United States District Court Judge
20

21

22

23

24

25

26

27

28

2.

STIPULATION and ORDER FOR DISMISSAL

USDCN C 06-02999 SC
Fryer v. Whirlpool Corporation, et al.

1    DATED: August _____, 2006    MEIS & ALEXANDER

2

3                       By _____
                                  FRED G. MEIS

4                                  Attorneys for Plaintiff
                                  MARY FRYER

5

6    DATED: August **31**, 2006    VAN DE POEL & LEVY, LLP

7

8                       By: _____
                                  JEFFREY W. ALLEN

9                                  Attorneys for Defendant
                                  SEARS ROEBUCK AND COMPANY

10

11   DATED: August _____, 2006    LOW, BALL & LYNCH, APC

12

13                     By: _____
                                  STEVEN D. WERTH

14                                  Attorneys for Defendant
                                  PROFESSIONAL CLAIMS INVESTIGATIONS, INC.

15

16                               **ORDER**

17      The parties having stipulated thereto, and good cause appearing, IT IS SO ORDERED.

18

19   DATED: _____        _____

20                                          United States District Court Judge

21

22

23

24

25

26

27

28

STIPULATION and ORDER FOR DISMISSAL

USDCN C 06-02999 SC
Fryer v. Whirlpool Corporation, et al.

1   DATED: August ____, 2006          MEIS & ALEXANDER

2

3                                     By _____
                                              FRED G. MEIS
4                                           Attorneys for Plaintiff
                                            MARY FRYER
5

6   DATED: August ____, 2006          VAN DE POEL & LEVY, LLP

7

8                                     By:_____
                                             JEFFREY W. ALLEN
9                                          Attorneys for Defendant
                                           SEARS ROEBUCK AND COMPANY
10

11  DATED: August ____, 2006          LOW, BALL & LYNCH, APC
          Sept 25
12

13                                    By:_____
                                             STEVEN D. WERTH
14                                         Attorneys for Defendant
                                           PROFESSIONAL CLAIMS INVESTIGATIONS, INC.
15

16                                    **ORDER**

17      The parties having stipulated thereto, and good cause appearing, IT IS SO ORDERED.

18

19  DATED: _____October 6, 2006_____    _____
                                         United States District Court Judge
20                                       IT IS SO ORDERED
                                         Judge Samuel Conti
21

22

23

24

25

26

27

28
                                        2.
                        STIPULATION and ORDER FOR DISMISSAL
    USDCN C 06-02999 SC
    Fryer v. Whirlpool Corporation, et al.